UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| PROKOPIEV ALEXEI BORIS,<br><br>  Petitioner,<br><br>  v.<br><br>WARDEN, Adelanto ICE Processing Detention Center, et al.,<br><br>  Respondents. | Case No. 5:26-cv-00966-PA-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"); the Preliminary Injunction ordering Petitioner's release and directing the parties to file further briefing on the issue of mootness (Dkt. 13); the Status Report filed by Respondents reflecting Petitioner's release from custody, Respondent's inability to contact Petitioner, and Respondent's argument that the action is now moot (Dkt. 14); and the Report and Recommendation of the United States Magistrate Judge (Dkt. 17, "Report"). As no party filed a timely objection to the Report, the Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED THAT Judgment shall be entered dismissing the action without prejudice.

Dated:  April 29, 2026

_____
PERCY ANDERSON
United States District Judge

2