UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| PROKOPIEV ALEXEI BORIS, | Case No. 5:26-cv-00966-PA-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN, Adelanto ICE Processing Detention Center, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that this action is dismissed without prejudice.

Dated:  April 29, 2026

PERCY ANDERSON
United States District Judge